# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**DEBORAH N. VANDEGRIFT** and **THOMAS VANDEGRIFT,**
Appellants,

v.

**WILMINGTON SAVINGS FUND SOCIETY, FSB AS TRUSTEE FOR STANWICH MORGAGE LOAN TRUST,**
Appellee.

No. 4D20-1417

[January 27, 2022]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Laurie E. Buchanan, Judge; L.T. Case No. 472012CA000537.

Thomas Neusom, Fort Lauderdale, for appellants.

Michael Rak and Meaghan A. James of Lender Legal PLLC, Orlando, for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and LEVINE, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***